**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

Robert Frazer
United States Attorney

*David E. Deitz*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*Camden, New Jersey 08101*
*David.Deitz@usdoj.gov*

*main: (856) 757-5026*
*direct: (862) 412-4229*

November18, 2026

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re: *Tenezaca Facian v. Benzel*, et al., No. 26-13363 (CCC)**
**Petitioner's Release on Bond**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter. We respectfully write to update the court as to Petitioner's release. U.S. Immigration & Customs Enforcement ("ICE") reports that Petitioner was granted bond on November 17, 2026. *See* Ex. A (Immigration Court Order). ICE informs this Office that Petitioner paid his bond and was released from custody with all property and belongings on November 18, 2026 at 2:45 p.m. As Petitioner has now been released on bond, we request that this matter be dismissed without prejudice as moot and all temporary restrictions lifted. *See, e.g. Ortega Trochez v. Soto,* No. 26-11823 (SDW), 2026 WL 2876225 at *1-2 (D.N.J. Sept. 24, 2026) (finding that initial custody determination granting release on bond provided all "the process to which [an alien is] entitled pursuant to § 1226(a)"); *see also Vasquez v. Aviles,* 639 F. App'x 898, 902 (3d Cir. 2016) (a petitioner's release from custody will generally render a habeas petition challenging that custody moot).

We thank the Court for its attention to this matter.

Respectfully submitted,
ROBERT FRAZER
United States Attorney

By: /s/ David E. Deitz
David E. Deitz
Assistant United States Attorney

In light of Petitioner's release, the Clerk's Office is directed to close this case.
SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 11/19/2026